**Amalia Rodriguez-Mendoza**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 1748**
**Austin, Texas 78767**



03-15-00252-CV

May 15, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re:  D-1-GN-14-005380

A clerk's record in cause number D-1-GN-14-005380 STATE OF TEXAS VS DR. BEHZAH
NAZARI D.D.S., D/B/A ANTOINE DENTAL CENTER, ET AL was due in your office on MAY 8,
2015. This office received payment on May 14, 2015; therefore we are requesting an extension of
5 days to file this record..

If you have any question please contact me at (512) 854-5880.


Thank you,

Sincerely,

Patsy Ybarra
Deputy Court Clerk,
(512) 854-5880

cc: Court file